UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                    :
NATURE'S CHOICE CORPORATION,        :   Honorable Madeline Cox Arleo
                                    :   Civil Action No. 10-5813 (SDW)
       Plaintiff                    :
                                    :
       v.                           :   **REPORT AND RECOMMENDATION**
                                    :
NATIONAL UNION FIRE INSURANCE       :
COMPANY OF PITTSBURGH, P.A., and    :
CARLOS VASQUEZ,                     :
                                    :
       Defendants.                  :
_____ :

**THIS MATTER** having come before the Court upon the motions of plaintiff, Nature's Choice Corporation ("Nature's Choice") and defendant, Carlos Vasquez ("Vasquez") to remand the pending action to state court (Docket Entry Nos. 9 and 10), and the Court having considered the papers submitted in support of and in opposition to the remand motions and having heard the argument of the parties, and for the reasons set forth on the record on February 1, 2011, and for good cause shown;

**IT IS** on this 1st day of February 2011,

**RECOMMENDED THAT** the motions of Nature's Choice and Vasquez to remand this action to the Superior Court of New Jersey, Law Division, Essex County, (Docket Entry Nos. 9 and 10), be **GRANTED**.

The parties have fourteen (14) days from the date hereof to file objections.

*s/Madeline Cox Arleo*
MADELINE COX ARLEO
United States Magistrate Judge

cc:     Hon. Susan D. Wigenton, U.S.D.J.
           Clerk of the Court
           All Parties
           File