NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

_____

NATURE'S CHOICE CORPORATION

       Plaintiff,                              Civil Action No. 10-5813 (SDW)

     v.

                                               **ORDER**

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, P.A., and
CARLOS VASQUEZ

       Defendants.                          March 24, 2011

_____

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline Cox Arleo ("Magistrate Judge Arleo"), filed on February 1, 2011, 2011. In the R&R, Magistrate Judge Arleo incorporates the reasons set forth on the record in the February 1, 2011 oral argument before her Honor. No objections have been filed to the R&R.

The Court has reviewed the R&R and the other documents on file in this matter. Based on the foregoing, and for good cause shown,

It is hereby **ORDERED** that the R&R of Magistrate Judge Arleo, filed February 1, 2011, incorporating the reasons set forth on the record on February 1, 2011, is **ADOPTED** as the conclusions of law of this Court.

1

The motions of plaintiff Nature's Choice Corporation and defendant Carlos Vasquez to remand this action to the Superior Court of New Jersey, Law Division, Essex County are hereby **GRANTED**.

**SO ORDERED.**

                                                                s/Susan D. Wigenton, U.S.D.J.


Orig:   Clerk
cc:     Judge Arleo
        Parties